B 283  (Form 283) (04/10)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Pennsylvania

In re: **Kevin E. Trusty**                                    Case No. **22-10971-mdc**
        Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

**Part I.  Certification Regarding Domestic Support Obligations** *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

- [x] I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

- [ ] I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II.  If you checked the second box, you must provide the information below.**

My current address: _____

My current employer and my employer's address: _____

_____

**Part III.  Certification Regarding Section 522(q)** *(check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

- [x] I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

- [ ] I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $146,450* in value in the aggregate.

**Part IV.  Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  **5/9/2022**                                _____
             Date                                                  Debtor

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.