# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                     Chapter 13

KEVIN E. TRUSTY                              Bankruptcy No. 22-10971-MDC

530 GRAYSTONE ROAD

AMBLER, PA 19002

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KEVIN E. TRUSTY

    530 GRAYSTONE ROAD

    AMBLER, PA 19002

**Counsel for debtor(s), by electronic notice only.**
    WILLIAM D. SCHROEDER JR ESQ
    920 LENMAR DRIVE

    BLUE BELL, PA 19422-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 5/31/2022                                                                                       /s/ Kenneth E. West

                                                             _____
                                                             Kenneth E. West, Esquire
                                                             Chapter 13 Standing Trustee