UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Kevin E. Trusty                     :        Chapter 13
                                             :
                                             :
            Debtors                          :        No.:   22-10971-mdc

---

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Kevin E. Trusty has filed " Motion to Avoid Judicial Lien of American Express National Bank" with the court.

1. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the motion, then on or before August 18, 2020 you or your attorney must file a response to the Motion. (*see instructions on next page*).

3. **A hearing on the Motion** is scheduled to be held on **August 30, 2022 at 10:30 A.M. in Courtroom 2, United States Bankruptcy Court,  900 Market Street, Suite 400, Phila., PA** . PLEASE NOTE ALL HEARINGS ARE CONDUCTED BY TELEPHONE 877-336-1828 Access Code 7855846 Unless the court orders otherwise, the hearing on this contested matter will be an **evidentiary hearing**.

4. **If you do not file a response to the Motion,** the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## Filing Instructions

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at

    United States Bankruptcy Court
    Eastern District of Pennsylvania
    Clerk's Office
    900 Market Street, Suite 400
    Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    William D. Schroeder, Jr.
    Attorney at Law
    920 Lenmar Drive
    Blue Bell, PA 19422
    Phone: (215) 822-2728
    Email: schroeder@jrlaw.org

Date:    7/29/22