UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   Kevin E. Trusty | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | No.:   22-10971-mdc |

## CERTIFICATE OF SERVICE

I, William D. Schroeder, Jr., attorney for debtor, hereby verify that on July 29, 2022, I sent debtors' Motion to Avoid Judicial Lien of American Express National Bank filed at docket #21 and Notice of Motion, Response Deadline and Hearing Date docket #22 by first class mail or electronic means to the following parties. Parties served by the court via ECF electronic notification are not also being served by regular mail:

Kia N. House
Zwicker & Associates, PC
3220 Tillman Drive
Suite 215
Bensalem, PA 19020
Attorney for American Express National Bank

Katie E. Hankard
Authorized Agent for
American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road, P.O. Box 9043
Andover, MA 01810-1041
bknotices@zwickerpc.com

Stephen Squeri
Chief Executive Officer
American Express
World Financial Center
200 Vesey Street
New York, NY 10285

Kevin Trusty
530 Graystone Road
Ambler, PA 19002

Trustee Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtor
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org