**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                Chapter 13

                Bankruptcy No. 22-10971-MDC

KEVIN E. TRUSTY

530 GRAYSTONE ROAD

AMBLER, PA 19002

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KEVIN E. TRUSTY

    530 GRAYSTONE ROAD

    AMBLER, PA 19002

Counsel for debtor(s), by electronic notice only.

    WILLIAM D. SCHROEDER JR ESQ
    920 LENMAR DRIVE

    BLUE BELL, PA 19422-

                                            /S/ Kenneth E. West

Date: 8/2/2022                                _____

                                              Kenneth E. West, Esquire
                                              Chapter 13 Standing Trustee