UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Kevin E. Trusty                    :        Chapter 13
                                            :
                                            :
                      Debtor                :        No.:    22-10971-mdc

_____

CERTIFICATE OF NO RESPONSE

I, William D. Schroeder, Jr., attorney for debtor, filed a Motion to Avoid Judicial Lien of American Express National Bank on July 29, 2022.  The parties listed below were served with the Motion and Notice.  Neither the undersigned nor the Movant has received an objection or response from any interested party.

The Movant hereby requests the Court to grant the Motion.

Kia N. House
Zwicker & Associates, PC
3220 Tillman Drive
Suite 215
Bensalem, PA 19020
Attorney for American Express National
Bank

Katie E. Hankard
Authorized Agent for
American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road, P.O. Box 9043
Andover, MA 01810-1041
bknotices@zwickerpc.com

Stephen Squeri
Chief Executive Officer
American Express
World Financial Center
200 Vesey Street
New York, NY  10285

Kevin Trusty
530 Graystone Road
Ambler, PA 19002

Trustee Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

/s/William D. Schroeder, Jr.
William D. Schroeder, Jr.
Attorney for Debtor
920 Lenmar Drive
Blue Bell, PA 19422
(215) 822-2728
schroeder@jrlaw.org