UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   Kevin E. Trusty                    :    Chapter 13
                                            :
                                            :
                        Debtor              :    No.:   22-10971-mdc

## ORDER

**AND NOW**, this 30th day of August 2022, upon Motion of the Debtor to Avoid a Judicial Lien Held by American Express National Bank ("the Respondent") in real property of the Debtor located at 530 Graystone Road, Ambler,

And, the Debtor having asserted that the alleged lien arising from the judgment entered at Montgomery County Court of Common Pleas, Docket No. 2021-22289 is subject to avoidance pursuant to 11 U.S.C. § 522 (f),

And, the Debtor having certified that adequate notice of Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED**; the Respondent's judicial lien in the above-mentioned real property of the Debtor listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**.

Date: _____                       _____
                                            MAGDELINE D. COLEMAN
                                            CHIEF U.S. BANKRUPTCY JUDGE


William D. Schroeder, Jr., Attorney         Kia N. House
920 Lenmar Drive                            Zwicker & Associates, PC
Blue Bell, PA 19422                         3220 Tillman Drive
                                            Suite 215
Kevin Trusty                                Bensalem, PA 19020
530 Graystone Road                          Attorney for American Express
Ambler, PA 19002

Katie E. Hankard
Authorized Agent for
American Express National Bank
c/o Zwicker & Associates, P.C.
80 Minuteman Road, P.O. Box 9043
Andover, MA 01810-1041
bknotices@zwickerpc.com

Stephen Squeri
Chief Executive Officer
American Express
World Financial Center
200 Vesey Street
New York, NY  10285

Trustee Kenneth E. West
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of The United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107