United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-10971-mdc
Kevin E. Trusty  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 3
Date Rcvd: Sep 15, 2022  Form ID: 155  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kevin E. Trusty, 530 Graystone Road, Ambler, PA 19002-5216 |
| 14686417 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14687719 | + | ONSLOW BAY FINANCIAL, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14687862 | + | Onslow Bay Financial, LLC, c/o Rebecca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14684069 | | Valley National Bank, P.O. Box 953, Wayne, NJ 07474-0953 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14697242 | + | Email/PDF: pa_dc_ed@navient.com | Sep 15 2022 23:58:46 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14685393 | + | Email/Text: bkfilings@zwickerpc.com | Sep 15 2022 23:55:00 | American Express National Bank, c/o Zwicker & Associates, P.C., 80 Minuteman Road, P.O. Box 9043, Andover, MA 01810-0943 |
| 14693789 | | Email/PDF: bncnotices@becket-lee.com | Sep 15 2022 23:58:53 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14687198 | + | Email/Text: bkfilings@zwickerpc.com | Sep 15 2022 23:55:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 14684054 | + | Email/Text: bkfilings@zwickerpc.com | Sep 15 2022 23:55:00 | American Expresss National Bank, c/o Zwicker and Associates PC, 3220 Tillman Drive, Suite 215, Bensalem, PA 19020-2028 |
| 14684055 | + | Email/PDF: bncnotices@becket-lee.com | Sep 15 2022 23:58:50 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14684057 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2022 23:54:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 14684056 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 15 2022 23:54:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14684060 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 23:58:50 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14684061 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 15 2022 23:58:50 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14698837 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 15 2022 23:54:00 | Flagstar Bank FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 14684062 | | Email/Text: cashiering-administrationservices@flagstar.com | Sep 15 2022 23:54:00 | Flagstar Bank, Attn: Mortgage Servicing, E115-3, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14684063 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 15 2022 23:55:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po |

Case 22-10971-mdc   Doc 39   Filed 09/17/22   Entered 09/18/22 00:29:36   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Sep 15, 2022 | Form ID: 155 | Total Noticed: 33 |

| Recipient ID | | Notice Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | Box 4477, Beaverton, OR 97076-4401 |
| 14684064 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 15 2022 23:55:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14684065 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 15 2022 23:54:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14684059 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 15 2022 23:58:46 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14690488 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 15 2022 23:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14694481 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 15 2022 23:58:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14684066 | + | Email/PDF: pa_dc_claims@navient.com | Sep 15 2022 23:58:53 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14687719 | ^ | MEBN | Sep 15 2022 23:50:42 | ONSLOW BAY FINANCIAL, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14688360 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2022 23:54:00 | PNC Bank, National Association, PO Box 94982, Cleveland, OH 44101 |
| 14684058 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 15 2022 23:54:00 | BBVA, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296 |
| 14696538 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 15 2022 23:58:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14684662 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 15 2022 23:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14697907 | | Email/Text: bnc-quantum@quantum3group.com | Sep 15 2022 23:54:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14684067 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 23:58:46 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14684465 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 15 2022 23:58:46 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14684068 | | Email/Text: bankruptcynotice@unison.com | Sep 15 2022 23:54:00 | Unison, 650 California Street, San Francisco, CA 94108 |
| 14684070 | + | Email/Text: bkfilings@zwickerpc.com | Sep 15 2022 23:55:00 | Zwicker & Associates, P.C., 3220 Tillman Drive, Suite 215, attn: Rashma K. Dhanda, Bensalem, PA 19020-2028 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Sep 15, 2022 | Form ID: 155 | Total Noticed: 33 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2022         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor ONSLOW BAY FINANCIAL  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Debtor Kevin E. Trusty schroeder@jrlaw.org  Healey@jrlaw.org |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kevin E. Trusty
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−10971−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 15th of September 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                               Magdeline D. Coleman
                                               Chief Judge ,
                                               United States Bankruptcy Court

                                                                               38 − 9
                                                                        Form 155